# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No. 18-96(1) (DWF) |
| Plaintiff, | |
| v. | **ORDER SEALING DOCUMENT** |
| Benjamin Eugene Somers, | |
| Defendant. | |

This matter comes before the Court on Defendant Benjamin Eugene Somers' Motion to Seal Document. Based upon all the records and proceedings herein,

**IT IS HEREBY ORDERED** that Defendant's Motion to Seal Document (Doc. No. [32]) is **GRANTED**. The document shall be unsealed upon Defendant's release from custody from the Bureau or Prisons.

Dated: February 13, 2019          s/Donovan W. Frank
                                  DONOVAN W. FRANK
                                  United States District Judge